UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM KOCH and KRISTEN ERIKSEN,

    Plaintiffs,

v.                                Case No: 8:17-cv-193-T-30AAS

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Voluntary Dismissal with Prejudice (Dkt. 19). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This case is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of November, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record